# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                      Civil Action No. 1:14-cv-00491-TSB

JOHN DOE, subscriber assigned IP address
24.209.29.236,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 24.209.29.236  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 26, 2014

                                             Respectfully submitted,

                                             By:   */s/ Yousef M. Faroniya*
                                             Yousef M. Faroniya
                                             yousef@YMFincorporated.com
                                             YMF Inc.: The Law Office of Yousef M. Faroniya
                                             84 S. 4th Street
                                             Columbus, OH 43215
                                             Phone: 614-360-1855
                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Yousef M. Faroniya*\_\_\_\_\_
Yousef M. Faroniya